397 U.S. 321
 90 S.Ct. 1120
 25 L.Ed.2d 336
 CAPITAL SOUTHWEST CORPORATION et al.
v.
Robert S. CALVERT, Comptroller, et al.
 No. 1130.
 Supreme Court of the United States
 March 23, 1970
 
 J. Sam Winters, Henry D. Akin, Jr., and William D. Powell, for appellants.
 Crawford C. Martin, Atty. Gen. of Texas, pro se.
 Nola White, First Asst. Atty. Gen., Alfred Walker, Executive Asst. Atty. Gen., John R. Grace and William Edward Allen, Asst. Attys. Gen., and William B. Hilgers, Sp. Asst. Atty. Gen., for appellees.
 PER CURIAM.
 
 
 1
 The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.